F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
E-mail: tedwards@nevadafirm.com
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: (702) 791-0308

P. CORPER JAMES, *Admitted Pro Hac Vice*
Email: cjames@mwjlaw.com
Mabey, Wright & James, PLLC
175 South Main Street, Suite 1330
Salt Lake City, Utah 84111
Telephone: (801) 359-3663

*Attorneys for Danville Services of Nevada, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MONIQUE ECKWOOD, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DANVILLE SERVICES OF NEVADA, LLC; DOES 1 through 50; inclusive,<br><br>Defendant. | CASE NO.:   2:24-cv-00822-APG-DJA<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff MONIQUE ECKWOOD ("Plaintiff") and Defendant DANVILLE SERVICES OF NEVADA, LLC ("Defendant"), by and through their undersigned attorneys of record, hereby stipulate and agree to extend the deadline for Defendant to respond to Plaintiff's complaint to June 7, 2024, to accommodate informal discussions between the parties.

///

///

///

///

15984-01/3152758

This is the first request to extend the deadline to respond to Plaintiff's complaint.

Dated: May 29, 2024.

| **HOLLEY DRIGGS** | **GABROY MESSER** |
|---|---|
| /s/ F. Thomas Edwards | /s/ Kaine Messer |
| F. THOMAS EDWARDS, ESQ. | CHRISTIAN GABROY, ESQ. |
| Nevada Bar No. 9549 | Nevada Bar No. 8805 |
| 300 South Fourth Street, Suite 1600 | KAINE MESSER, ESQ. |
| Las Vegas, Nevada 89101 | Nevada Bar No. 14240 |
|  | 170 S. Green Valley Ranch |
| P. CORPER JAMES, *Admitted Pro Hac Vice* | 170 South Green Valley Parkway, Ste. 280 |
| Mabey, Wright & James, PLLC | Henderson, NV 89012 |
| 175 South Main Street, Suite 1330 |  |
| Salt Lake City, Utah 84111 | *Attorneys for Monique Eckwood* |

*Attorneys for Danville Services of Nevada, LLC*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5/29/2024

2

15984-01/3152758