Christian Gabroy
(#8805)
Kaine Messer
(#14240)
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:   (702) 259-7777
Fax:   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*
*Monique Eckwood*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MONIQUE ECKWOOD, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>DANVILLE SERVICES OF NEVADA, LLC; DOES 1 through 50, inclusive,<br><br>Defendant. | Case No: 2:24-cv-00822-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION AND ORDER**
**FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff Monique Eckwood and Defendant Danville Services of Nevada, LLC, through their respective attorneys of record, that this action shall be dismissed with prejudice.

/ / /

IT IS FURTHER STIPULATED AND AGREED that all parties will bear their own costs and attorneys' fees incurred in relation to this matter.

Respectfully submitted by:

| GABROY | MESSER | SPENCER FANE LLP |
|---|---|

By: /s/ Christian Gabroy
Christian Gabroy
Nev. Bar No. 8805
Kaine Messer
Nev. Bar No. 14240
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012

*Attorneys for Plaintiff*

By: /s/ F. Thomas Edwards
F. Thomas Edwards
Nev. Bar No. 9549
Tyler B. Thomas
Nev. Bar No. 16637
300 South Fourth Street
Suite 1600
Las Vegas, Nevada 89101

P. Corper James
*Admitted Pro Hac Vice*
MABEY, WRITE & JAMES, PLLC
175 South Main Street
Suite 1330
Salt Lake City, UT 84111

*Attorneys for Defendant*

IT IS SO ORDERED:

Dated: March 28, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE